JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. EDCV 14-0468 JGB (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ELSINORE PIONEER LUMBER COMPANY, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the case.

Dated: <u>September 25, 2014</u>                                         
JESUS G. BERNAL
United States District Judge